IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC.(a Michigan corporation), and WHIRLPOOL CORPORATION,(a Delaware corporation),<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ORIENTAL TRADING COMPANY, INC.(a Delaware corporation),<br><br>　　　　Defendant. | Case No. 1:10-CV-1120<br><br>Hon. Robert Holmes Bell |

**NOTICE OF VOLUNTARY DISMISSAL**

　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Whirlpool Properties, Inc. and Whirlpool Corporation, by and through their undersigned counsel, hereby dismiss their Complaint against Defendant Oriental Trading Company, Inc., without prejudice and without costs to any party.

　　Defendant Oriental Trading Company consents to this voluntary dismissal without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: April 18, 2011　　　　　　　By:　/G. Thomas Williams/
　　　　　　　　　　　　　　　　　　Mary C. Bonnema (P48789)
　　　　　　　　　　　　　　　　　　G. Thomas Williams (P53734)
　　　　　　　　　　　　　　　　　　**MCGARRY BAIR PC**
　　　　　　　　　　　　　　　　　　32 Market Ave. SW, Suite 500
　　　　　　　　　　　　　　　　　　Grand Rapids, Michigan 49053
　　　　　　　　　　　　　　　　　　Telephone: (616) 742-3500
　　　　　　　　　　　　　　　　　　Facsimile: (616) 742-1010
　　　　　　　　　　　　　　　　　　E-mail:mcb@mcgarrybair.com
　　　　　　　　　　　　　　　　　　　　gtw@mcgarrybair.com
　　　　　　　　　　　　　　　　　　*Local Counsel for Plaintiffs Whirlpool Corporation and Whirlpool Properties, Inc.*

        Mark J. Liss (IL# 6181002)
        Tamara A. Miller (IL# 6237169)
        Angela J. Baylin (IL# 6289024)
        Two Prudential Plaza, Suite 4900
        Chicago, Illinois 60601-6780
        Telephone: 312-616-5600
        Facsimile: 312-616-5700
        E-mail: mliss@leydig.com
            tmiller@leydig.com
            abaylin@leydig.com
        *Attorneys for Plaintiffs Whirlpool Corporation and Whirlpool Properties, Inc.*

Date: April 18, 2011      By:  /G. Thomas Williams/ with consent
        Bruce D. Vosburg
        **FITZGERALD, SCHORR, BARMETTLER & BRENNAN, P.C., L.L.O.**
        200 Regency One
        10050 Regency Circle
        Omaha, Nebraska 68114
        Grand Rapids, Michigan 49053
        Telephone: (402) 342-1000
        Facsimile: (402) 342-1025
        E-mail:bvosburg@fitzlaw.com
        *Counsel for Defendant Oriental Trading Company, Inc.*